# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENNETH E. WEAVER,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 4:11-CV-00724 |
| vs. | : | (Complaint Filed 4/18/11) |
| **MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SOCIAL SECURITY,** | : | (Judge Caputo) |
| Defendant | : | |

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Kenneth E. Weaver as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Kenneth E. Weaver disability insurance benefits is affirmed.

3. The Clerk of Court shall close this case.

                                                   s/A. Richard Caputo
                                                   A. RICHARD CAPUTO
                                                   United States District Judge

Dated: June 14, 2012